IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID KENT KNUDSON,<br><br>Defendant. | CR-17-53-GF-JTJ<br><br>**JUDGMENT AND SENTENCE** |

David Kent Knudson was charged by information in July of 2017 with Illegal Offer to Sell Walrus Skull and Tusks. (Doc. 1). Mr. Knudson was summoned to the Court to answer the charge. (Docs. 6, 7). Mr. Knudson entered into a plea agreement with the government on July 18, 2017. (Doc. 4). On October 3, 2017, he appeared before the undersigned for his arraignment and consented to proceed to sentencing pursuant to the plea agreement. (Doc. 9).

After colloquy, Mr. Knudson entered a plea of Guilty to Illegal Offer to Sell Walrus Skull and Tusks, in violation of 16 U.S.C. §§ 1372(a)(4) and 1375(b).

After examining Mr. Knudson under oath, the undersigned determined that the guilty plea was knowingly, intelligently, and voluntarily entered; Mr. Knudson fully understood his constitutional rights and the extent to which such rights were waived by a plea of guilty; and the government could prove the essential elements of the offenses charged. Mr. Knudson is adjudicated guilty of Illegal Offer to Sell Walrus Skull and Tusks.

Having found Mr. Knudson guilty of the above offense, and having considered the evidence and the plea agreement, as well as the sentencing factors found in 18 U.S.C. § 3553, the Court enters the following sentence:

1. Mr. Knudson must pay a fine in the amount of $10,000.00. Mr. Knudson must pay the amount in full by date of this filing. The payment is payable to the Clerk of Court, 125 Central Avenue West, Suite 110, Great Falls, MT 59404.

2. Mr. Knudson must pay a special assessment of $30.00. The special assessment is due immediately and payable to the Clerk of Court, 125 Central Avenue West, Suite 110, Great Falls, MT 59404.

## **NOTICE OF RIGHT TO APPEAL**

Mr. Knudson is advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment.

The Clerk shall forthwith notify the parties of entry of this Judgment.

DATED this 4th day of October, 2017.

/s/ John Johnston
John Johnston
United States Magistrate Judge