# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KENT KNUDSON, <br><br> Defendant. | CR 17-53-GF-JTJ <br><br><br> PRELIMINARY ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. David Kent Knudson appeared before the Court on October 3, 2017, and entered a plea of guilty to the sole count in the information. Knudson also agreed to "abandon all right, title, and interest in the walrus skull and tusks, execute a release and waiver to that effect, or agree to the entry of an Order of Forfeiture transferring property to the United States." (Doc. 4 at 2). Knudson's plea of guilty provides a factual basis and cause to issue an Order of Forfeiture.

IT IS HEREBY ORDERED: Knudson's interest in the walrus skull and tusks is forfeited to the United States.

The United States Marshals Service and the United States Fish and Wildlife Service are directed to seize the property subject to forfeiture and further to make a return as provided by law.

The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 5th day of October, 2017.

_____
John Johnston
United States Magistrate Judge